## LINCOLN G. JOHNSON, d. b. a. *vs.* THE STATE OF DELAWARE, on complaint of the Commissioners of Lewes, p. b. r.

Sussex County, October Term, 1895.

**Justice of the Peace. Nuisance.**—In order to give jurisdiction to a Justice of the Peace, of a complaint against a person charging him with maintaining a nuisance in an incorporated town, under the Act of March 18, 1881, the complaint must be made by an authorized member of the Board of Health.

This was a *Certiorari* directed to Justice F. C. Wilbank. The charge before the Justice was that of being guilty of maintaining a common nuisance by not removing a hog pen, after notice by the

Opinion.

Board of Health in the town of Lewes.    The record showed that the complaint was made by Hiram R. Burton, for the Commissioners of the town of Lewes.

*C. W. Cullen,*for the appellant, filed the following exception, which was relied upon :    " That it does not appear from the record that Dr. Hiram R. Burton was a member of the Board of Health of Lewes, or a member of said Board authorized by said Board."

*J. M. Richardson,* for the respondent.

LORE, C. J.    The exception is fatal.    The statute provides, " That any Justice of the Peace, on application under oath showing cause thereof, shall issue his warrant."    16 Del. Laws ch. 345 § 7 ; Rev. Code (1893) 300.    It is not set forth in the record of the Justice that the party who made the complaint was a member of the Board of Health of Lewes, authorized to act for said Board. The judgment is therefore reversed on that ground.